### In re WELFARE OF B. W.
### No. 47815.

Supreme Court of Minnesota.

Feb. 17, 1978.

William R. Kennedy, Co. Public Defender, Franklin J. Knoll, Asst. Co. Public Defender, Minneapolis, for appellant.

Gary W. Flakne, County Atty., Vernon E. Bergstrom, Chief, App. Division, David W. Larson and Lee W. Barry, Asst. Co. Attys., Minneapolis, for respondent.

PER CURIAM.

This is an appeal from an order of the Juvenile Division of the Hennepin County District Court which affirmed the findings of a referee relating to appellant's participation in the assault and robbery of another juvenile. The related issues on appeal are whether there was, as a matter of law, insufficient evidence identifying appellant as a participant in the assault and robbery, and whether the manner in which appellant was identified violated due process. We affirm.

The evidence indicated that a group of about ten older boys attacked and robbed the victim in a park after school, that the one who struck the victim had on silver-colored pants and shirt, that appellant was part of the group that attacked the victim, that he was the only one in the group wearing silver-colored clothing, and that the victim, although hesitant to identify anyone, positively identified the appellant within an hour after the incident. A consideration of all the relevant factors convinces us that there was no very substantial likelihood that this identification was erro-

neous. *Neil v. Biggers,* 409 U.S. 188, 93 S.Ct. 375, 34 L.Ed.2d 401 (1972), and *Manson v. Brathwaite,* 432 U.S. 98, 97 S.Ct. 2243, 53 L.Ed.2d 140 (1977).

Affirmed.